**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MYKING LAPRESE SMITH,

Plaintiff,

Case No. 25-11898
Hon. Jonathan J.C. Grey

v.

VITALCOREHS, *et al.*,

Defendant(s).
___________________________________/

**OPINION AND ORDER ADOPTING R&R, DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FED R. CIV P. 41(b) AND DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 21, 30, 32)**

Plaintiff Myking Laprese Smith filed this lawsuit against multiple defendants on June 24, 2025. On September 4, 2025, Defendants Pavitt, Silverthorn, Donahue & McInnis filed a motion to dismiss and for summary judgment. On December 30, 2025, Defendant Virginia Merritt filed a motion to dismiss or alternatively for summary judgment. On January 14, 2026, Defendants Vitalcore Health Strategies LLC and Danielle Magnuson, N.P. filed a motion to dismiss or alternatively for summary judgment. The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and

determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On August 3, 2026, Magistrate Judge Grand issued a report and recommendation ("R&R") recommending that the Court dismiss the complaint pursuant to Fed. R. Civ. P. 41(b) and denying the Defendants motions to dismiss as moot. At the conclusion of his R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within 14 days of service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the factual and legal conclusions reached by Magistrate Judge Grand. The Court therefore **ADOPTS** the R&R in its entirety.

Accordingly, **IT IS ORDERED** that Smith's complaint be **DISMISSED** and defendants' motions to dismiss and/or for summary judgment (ECF Nos 21, 30, 32) be **DENIED AS MOOT**.

**SO ORDERED**.

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

Date: September 4, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 4, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager